SEALED

FILED

MAY 02 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>            v.<br><br>DAVIDJ ERIMIE DEWITT<br>  aka "FROGGY,"<br><br>                Defendant. | CASE NO. 2:13-CR-0162 MCE<br><br>**UNDER SEAL**<br><br>ORDER TO SEAL INDICTMENT |

**O R D E R**

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Michael D. McCoy to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court..

IT IS SO ORDERED.

DATED: May 2, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

PETITION TO SEAL INDICTMENT AND ORDER TO SEAL INDICTMENT    3