1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:13-cr-0162 MCE |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO JULY 11, 2013, AT 9:00 A.M.** |
| v. | |
| DAVID JERIMIE DEWITT, | ) Date:  June 13, 2013 |
| | ) Time:  9:00 a.m. |
| Defendant. | ) Judge: Hon. Morrison C. England |

THE PARTIES STIPULATE, through counsel, Michael D. McCoy, Assistant United States Attorney, and Michael Petrik, Jr., attorney for David Jerimie Dewitt, that the Court should vacate the status conference scheduled for June 13, 2013, at 9:00 a.m., and reset it for July 11, 2013, at 9:00 a.m.

Counsel for defendant requires further time to review discovery, and to consult with Mr. Dewitt. Counsel for defendant also requires further time to pursue a resolution of this case.

The parties further stipulate that the Court should exclude the period from the date of this order through July 11, 2013, when it computes the time within which the trial of the above criminal

Stipulation and [Proposed] Order                1                           13-162 MCE

1 prosecution must commence for purposes of the Speedy Trial Act. The
2 parties stipulate that the ends of justice served by granting Mr.
3 Dewitt's request for a continuance outweigh the best interest of the
4 public and Mr. Dewitt in a speedy trial, and that this is an
5 appropriate exclusion of time for defense preparation within the
6 meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

Dated: June 3, 2013                    Respectfully submitted,

                                       HEATHER E. WILLIAMS
                                       Federal Defender

                                       /s/ M.Petrik
                                       _____
                                       MICHAEL PETRIK, Jr.
                                       Assistant Federal Defender

Dated: June 3, 2013                    BENJAMIN B. WAGNER
                                       United States Attorney

                                       /s/ M.Petrik for
                                       _____
                                       MICHAEL D. MCCOY
                                       Assistant U.S. Attorney

**ORDER**

   **IT IS SO ORDERED.** The Court orders that the status conference be continued to July 11, 2013, at 9:00 a.m. The Court orders time excluded from the date of this order through the status conference on July 11, 2013, pursuant to 18 U.S.C. § 3161(h)(7) (Local Code T4). For the reasons stated above, the Court finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and defendant in a speedy trial.

Date: June 04, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT